Louis M. SOSNA et al., Petitioners, v. Honorable George H. MOORE, Judge of the United States District Court for the Eastern District of Missouri, Eastern Division.

No. 14474.

United States Court of Appeals
Eighth Circuit.

Nov. 13, 1951.

Lashly, Lashly & Miller and Israel Treiman, St. Louis, Mo., for defendants in the District Court.

PER CURIAM.

Application of petitioners for writ of mandamus denied and petition for the writ of mandamus dismissed.

Wilson WOOTEN, Appellant, v. W. Hess BUCHANAN, Warden, Eddyville State Penitentiary, Eddyville, Kentucky, Appellee.

No. 11377.

United States Court of Appeals
Sixth Circuit.

Nov. 30, 1951.

Wilson Wooten, in pro per.

A. E. Funk, W. Owen Keller, Frankfort, Ky., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the submission in open court by counsel for appellee, and the court being duly advised,

Now, therefore it is ordered, adjudged, and decreed that the judgment be and the same is hereby affirmed, in accordance with the opinion of the District Court.

STUART INVESTMENT COMPANY, a corporation, Appellant, v. WESTINGHOUSE ELECTRIC CORPORATION, a corporation.

No. 14449.

United States Court of Appeals
Eighth Circuit.

Nov. 7, 1951.

J. Lee Rankin, J. C. Mason and Kenneth E. Anderson, all of Lincoln, Neb., for appellant.

Davis, Stubbs & Healey, Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and motion of appellee. 11 F.R.D. 277.

UNITED STATES of America, Appellant, v. Theodore Leonard IRVING.

No. 14490.

United States Court of Appeals
Eighth Circuit.

Nov. 28, 1951.

Sam M. Wear, U. S. Atty. and Fred L. Howard, Asst. U. S. Atty., Kansas City, Mo., for appellant.

Clif Langsdale, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.